IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TYRELL BISHOP** : | CIVIL ACTION |
| : | |
| **v.** : | |
| : | |
| **BERNADETTE MASON, LAWRENCE** : | |
| **KRASNER, The District Attorney of** : | |
| **the County of Philadelphia and JOSH** : | |
| **SHAPIRO, The Attorney General of** : | |
| **the State of Pennsylvania** : | NO.   20-993 |

## ORDER

**NOW**, this 13th day of October, 2021, upon consideration of the Petition for Writ of *Habeas Corpus* Under 28 U.S.C. § 2254 (Doc. No. 1), the response to the petition, the petitioner's reply, the Report and Recommendation filed by United States Magistrate Judge Scott W. Reid (Doc. No. 19), and the petitioner's objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**.

2. The Report and Recommendation of Magistrate Judge Scott W. Reid is **APPROVED** and **ADOPTED.**

3. The Petition for Writ of *Habeas Corpus* is **DENIED** as to Claim 1.

4. The Petition for Writ of *Habeas Corpus* is **DISMISSED** as to Claims 2 and 3.

5. There is no probable cause to issue a certificate of appealability.

/s/ TIMOTHY J. SAVAGE J.